UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

1:21 CV 791
JUDGE CALABRESE
MAG. JUDGE BAUGHMAN

| | |
|---|---|
| JAKUB MADEJ, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE N.A., <br><br> Defendant. | Civil Action No. 21-cv-___ <br><br> JURY TRIAL DEMANDED <br><br> MARCH 28, 2021 <br><br> 47 U.S.C. § 227 (TCPA) |

### NOTICE OF APPEARANCE

Please enter my appearance for Plaintiff Jakub Madej.

Respectfully submitted,

DATED: March 28, 2021.

By: /s/ Jakub Madej
Jakub J. Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

— 1 —