**PRESS FIRMLY TO S**... **TO SEAL**

9505 5148 8039 1102 2757 73




PM 3-Day
NEW YORK, NY
10007
APR 12 21
AMOUNT
**$7.95**
R2305E123793-32

1004  43604

Jakub Madej
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460

New case opening

Clerk of Court
United States District Court
Northern District of Ohio
1716 Spielbusch Avenue
Toledo, OH 43604
Attn: *Suite 114*



PS00001036014

EP14W Sept 2014
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

