# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Jakub Madej, | ) | Case No. 1:21-cv-791 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Calabrese |
| v. | ) | |
| | ) | Magistrate Judge Baughman |
| JPMorgan Chase N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT JPMORGAN CHASE BANK N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case. In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of JPMorgan Chase Bank, N.A. (named in the Complaint as JPMorgan Chase N.A.).

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

**ANSWER:** JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have

a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

**ANSWER:** No, other than JPMorgan Chase & Co., as described above.

*/s/ David J. Dirisamer*  Date: May 13, 2021
David J. Dirisamer (0092125)
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, OH 43215
614-628-1451 (Office)
614-628-1433 (Facsimile)
David.Dirisamer@btlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed with the Court on May 13, 2021 and served on all parties of record via the Court's CM/ECF system and on the below via regular U.S. Mail:

Jakub J. Madej
415 Boston Post Rd., Ste. 3-1102
Milford, CT 06460
*Plaintiff Pro Se*

>*/s/ David J. Dirisamer*
>David J. Dirisamer