# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Jakub Madej, | ) | Case No. 1:21-cv-791 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Calabrese |
| v. | ) | |
| | ) | Magistrate Judge Baughman |
| JPMorgan Chase N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF SUBMISSION OF PROPOSED RULE 26(f) REPORT

Defendant JPMorgan Chase Bank, N.A. ("Chase"), through undersigned counsel, hereby provides notice of Chase's filing of the attached Proposed Rule 26(f) Report on behalf of Chase. This report reflects Chase's position on the issues to be addressed at the forthcoming Case Management Conference scheduled for July 14, 2021. Chase files this Proposed Report pursuant to Fed. R. Civ. P. 26(f). Chase files the attached Proposed Report on behalf of Chase alone as Chase received no response from Plaintiff as to the Draft Rule 26(f) Report sent to Plaintiff.

July 7, 2021　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ David J. Dirisamer
　　　　　　　　　　　　　　　　　　　　　David J. Dirisamer (0092125)
　　　　　　　　　　　　　　　　　　　　　BARNES & THORNBURG LLP
　　　　　　　　　　　　　　　　　　　　　41 South High Street, Suite 3300
　　　　　　　　　　　　　　　　　　　　　Columbus, OH 43215
　　　　　　　　　　　　　　　　　　　　　614-628-1451 (Office)
　　　　　　　　　　　　　　　　　　　　　614-628-1433 (Facsimile)
　　　　　　　　　　　　　　　　　　　　　David.Dirisamer@btlaw.com
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Court on July 7, 2021 and served on the below via regular U.S. Mail:

Jakub J. Madej
415 Boston Post Rd., Ste. 3-1102
Milford, CT 06460
*Plaintiff Pro Se*

                                                                */s/ David J. Dirisamer*
                                                                David J. Dirisamer

2