UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTES OF PROCEEDINGS**　　　　　Date:　July 14, 2021

　　　　　　　　　　　　　　　　　　　　　　Case No.:　1:21 cv 791

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

JAKUB MADEJ

    v.

JP MORGAN CHASE, N.A.

APPEARANCES:　　For Plaintiff:　pro se

　　　　　　　　　　For Defendant:　David Dirisamer

PROCEEDINGS: Case management conference with counsel conducted by Zoom videoconferencing on 7/14/21 at 11:00 a.m. Plaintiff Jakub Madej appeared pro se; attorney David J. Dirisamer for defendant. Plaintiff and defense counsel discussed the status of the litigation, the claims and issues underlying the case, and current plans for discovery. A pretrial case management plan was established. The next follow-up case management conference to be held on 8/2/21 at 1:00 p.m. A separate order to issue.

　　　　　　　　　　　　　　　　　　　　　　s/ Kyle DeVan
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk

Time: 1 hour