UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTES OF PROCEEDINGS**

WILLIAM H. BAUGHMAN, JR.
United States Magistrate Judge

Date:   August 2. 2021

Case No.:   1:21 CV 791

JAKUB MADEJ

   v.

JP MORGAN CHASE, N.A.

APPEARANCES:   For Plaintiff:   pro se

                  For Defendant:   David Dirisamer

PROCEEDINGS:  Status conference held at 1:00 p.m.  Plaintiff Jakub Madej present on behalf of himself; and attorney David J. Dirisamer present on behalf of defendant JP Morgan Chase, N.A.  Plaintiff and counsel for the defendant discussed progress to date in ongoing discovery.  Dates were suggested to complete the case management plan.  Plaintiff and counsel for the defendant to confer and jointly propose by Monday, August 9, 2021 possible deadlines for the remaining steps in the case (e.g. fact discovery, expert discovery, dispositive motions, trial) and a date and time for the next status conference.  Counsel for the defendant also agreed to revisit with his client the issue of consent to magistrate judge jurisdiction.

                                                  s/ Kyle DeVan
                                                  Courtroom Deputy Clerk

Time: 30 minutes