IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

FILED
AUG 02 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| JAKUB MADEJ, <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE, N.A., <br><br> Defendant. | Case No. 1:21-cv-791 <br><br> JUDGE J. PHILIP CALABRESE <br><br> MAGISTRATE JUDGE <br> WILLIAM H. BAUGHMAN, JR. <br><br> **PLAINTIFF'S REQUEST FOR PERMISSION TO PARTICIPATE IN ELECTRONIC FILING** |

This is pro se plaintiff Jakub Madej's request for permission to participate in electronic filing. If granted, plaintiff will be able to file all documents requested by the Court electronically and not by snail mail.

The default rule in this District is that non-attorneys file all papers with the Court by delivering hard copies in person or by mail to the clerk's office. But attorneys have access to electronic filing, and so file all documents. The Court has discretion to permit any willing and capable self-represented litigant to also participate in electronic filing. *See* Local Civil Rule 5.1(c).

Madej is capable of effectively using ECF and properly docketing documents. He completed a mandatory ECF course for pro se filers in the District of Connecticut, and he has been granted permission to file documents electronically in at least two other United States district courts. He has also properly filed various documents (motions, notices, and pleadings) via ECF without difficulty. And

to the extend he ever struggles, he is aware of ample ECF resources the Office of the Clerk made available on the court's website.

Courts around the country don't hesitate to permit self-represented parties access to electronic filing. *See*, for example, General Order no. 78 of the U.S. District Court for the Northern District of California ("until further notice, pro se litigants with existing cases before this court may register to become ECF users and may file documents electronically without first obtaining a judge's permission."). And, under Local Civil Rule 5.1(c), the Court may always revoke access to ECF in circumstances it finds appropriate.

Granting this request will save the time and effort not only of plaintiff but also of the Clerk office's staff. Now, the duty clerk must receive, open, scan, and docket each document arriving from plaintiff by mail. If this permission is granted, plaintiff will be able to file the original documents directly on the docket, in a searchable format.

Attached on the next page, for Your Honor's convenience, is a suggested language of an order granting this request.

Respectfully submitted,

Dated: June 27, 2021
By: /s/ Jakub Madej
Jakub J. Madej (in person)
THE TEMPORARY OFFICES OF JAKUB MADEJ
415 Boston Post Rd, Ste 3-1102
Milford, CT 06460
T: (203) 928-8486
F: (203) 902-0070
E: j.madej@lawsheet.com

## PROPOSED LANGAUGE OF THE ORDER

Plaintiff Jakub Madej requests the Court's permission to participate in electronic filing. Based on the information in his request, Madej appears to be capable of filing documents electronically with the court. His request is therefore GRANTED. Under Civil Local Rule 5.1(c), permission to file electronically may be revoked at any time.



###

## CERTIFICATE OF SERVICE

Once this motion is docketed, all counsel will receive a notice of electronic filing (NEF) from the Court's CM/ECF e-filing system.

/s/ Jakub Madej

