Granted. The plaintiff must fill out the attached pro se litigant registration for electronic filing and mail it to the clerks office. Once your registration is complete, you will receive further instructions via email to complete the process.

s/ William H. Baughman, Jr.
William H. Baughman, Jr.
United States Magistrate Judge

Date: 8/5/21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

FILED
AUG 02 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| JAKUB MADEJ, <br><br> Plaintiff, <br><br> v. <br><br> JP MORGAN CHASE, N.A., <br><br> Defendant. | Case No. 1:21-cv-791 <br><br> JUDGE J. PHILIP CALABRESE <br><br> MAGISTRATE JUDGE <br> WILLIAM H. BAUGHMAN, JR. <br><br> **PLAINTIFF'S REQUEST FOR PERMISSION TO PARTICIPATE IN ELECTRONIC FILING** |

This is pro se plaintiff Jakub Madej's request for permission to participate in electronic filing. If granted, plaintiff will be able to file all documents requested by the Court electronically and not by snail mail.

The default rule in this District is that non-attorneys file all papers with the Court by delivering hard copies in person or by mail to the clerk's office. But attorneys have access to electronic filing, and so file all documents. The Court has discretion to permit any willing and capable self-represented litigant to also participate in electronic filing. *See* Local Civil Rule 5.1(c).

Madej is capable of effectively using ECF and properly docketing documents. He completed a mandatory ECF course for pro se filers in the District of Connecticut, and he has been granted permission to file documents electronically in at least two other United States district courts. He has also properly filed various documents (motions, notices, and pleadings) via ECF without difficulty. And