IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAKUB MADEJ, | ) | CASE NO. 1:21CV791 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| JP MORGAN CHASE, N.A., | ) | |
| | ) | **ADDITIONAL DATES FOR** |
| Defendant. | ) | **CASE MANAGEMENT PLAN** |
| | ) | **AND ORDER** |

This case is before me by referral by the District Judge to handle all pretrial matters.[1] Following my order establishing certain dates for the case management plan in this case[2] and in light of the discussions during the status conference on August 2, 2021 at which plaintiff and defense counsel discussed anticipated steps in this litigation, I received a proposed stipulated schedule for certain remaining portions of the case schedule. Accordingly, I enter the following additional dates as part of the case management plan and schedule for this case:

    1.    All fact discovery must be completed by February 1, 2022.

---

[1] Non-document order, 5/14/21.
[2] ECF #12.

2. In the event either party chooses to engage an expert witness in this case, all expert discovery must be completed by April 1, 2022.  In advance of this deadline, counsel must exchange expert reports in a timely fashion that will allow follow-up expert discovery, including depositions of the expert witnesses, to be completed by this deadline.

3. Counsel must file dispositive motions no later than May 2, 2022.  Opposition briefs are due on June 1, 2022, and reply briefs are due on June 15, 2022.  The filing of dispositive motions prior to the close of fact discovery is discouraged.

4. In the event the parties are unable to resolve this matter, they have requested that trial commence during the week of July 18, 2022.  The District Judge presiding over this case will set the specific date and time for trial.

5. The next status conference will be held on October 5, 2021 at 11:00 a.m.  Counsel must be prepared to provide at this status conference an oral report on the status of discovery and to discuss whether this case is appropriate for mediation.

IT IS SO ORDERED.

Dated: August 9, 2021    s/ William H. Baughman, Jr.
United States Magistrate Judge